# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02428-LTB

DEMETRIUS THOMAS,

    Plaintiff,

v.

CDOC,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion for a preliminary injunction (ECF No. 6), the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 8), and the motion for appointment of counsel (ECF No. 9), all of which were filed on December 28, 2015, are DENIED as moot because the instant action was dismissed by order filed on December 9, 2016.  Similarly, the Prisoner Complaint (ECF No. 7) tendered to the Court on December 28, 2015, will not be considered or filed.

Dated:   January 22, 2016